IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHARLES ROBERT KLINE, JR.,
and MARILYN DEAN KLINE,
husband and wife,

     Plaintiffs,

v.                                                          1:12-cv-00955 WJ/WDS

STATE FARM FIRE AND CASUALTY
COMPANY, an Illinois Insurance Company,

     Defendant.

## STIPULATED ORDER
## VACATING SETTLEMENT CONFERENCE

THIS MATTER having come before the Court on the Parties' Joint Motion to Vacate the Settlement Conference, the Court having examined the pleadings and being fully advised in the premises, finds the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the settlement conference in this matter set for January 17, 2013 at 9:00 a.m. is hereby vacated.

_____
THE HONORABLE W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE

SUBMITTED AND APPROVED:

GUEBERT BRUCKNER P.C.


By ___*/s/ Christopher J. DeLara*_____
      Terry R. Guebert
      Christopher J. DeLara
      P.O. Box 93880
      Albuquerque, NM 87199-3880
      (505) 823-2300
      tguebert@guebertlaw.com
      cdelara@guebertlaw.com
      *Attorneys for Defendants*

FELKER, ISH, RITCHIE & GEER, P.A


By ___*Approved electronically on December 17, 2012*___
      William D. Winter, Esq.
      911 Old Pecos Trail
      Santa Fe, NM 87505
      (505) 988-4485
      *Attorneys for Plaintiffs*

C:\Temp\notes6ED8F7\12-cv-00955_15_WJ_WDS.doc/mmm